**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David Eric GARCIA, Defendant–**
**Appellant.**

**No. 08–50161**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

George W. Aristotelidis, Law Offices of Jorge Aristotelidis, San Antonio, TX, for Defendant–Appellant.

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

David Eric Garcia appeals from three consecutive sentences of 24 months of imprisonment imposed following revocation of his supervised release. He argues that the district court lacked the authority to order that his federal sentences run consecutively to an as-yet-unimposed state sentence. He concedes, however, that this argument is foreclosed. *See United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds, United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir.2006).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

